```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

NOULN SOUN,                           :

    Petitioner,                     :
                                            CIVIL ACTION 09-0261-WS-M
v.                                    :
                                     CRIMINAL ACTION 07-00298-WS-M
UNITED STATES OF AMERICA,             :

    Respondent.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this Motion (Docs. 223-24) be DENIED and that this action be DISMISSED.

DONE this 9th day of October, 2009.

                                       s/WILLIAM H. STEELE
                                     UNITED STATES DISTRICT JUDGE