IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NOULN SOUN, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION 09-0261-WS-M |
| v. | : | |
| | : | CRIMINAL ACTION 07-00298-WS-M |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Application for a Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)(2) be denied.

DONE this 13th day of December, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE